December 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MATTHEW T. DEARMOND, III, Appellant

NO. 14-12-00899-CV                    V.

TEXAS DOW EMPLOYEES CREDIT UNION, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on September 21, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Matthew T. Dearmond, III.

We further order this decision certified below for observance.